| | |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** ||
| **DIVISION OF ST. CROIX** ||

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

   v.

**NEVILLE JEFFREY**

                **Defendants.**

_____

1:17-cr-00014-03

**TO:**    Alphonso G. Andrews, Jr., Esq., AUSA
         Yohana M. Manning, Esq.

## ORDER

THIS MATTER is before the Court upon the parties' Joint Response to Motion for Return of Property (ECF No. 296). In their joint response, the parties state that:

> Counsel for defendant will take steps to: 1) identify an individual who can receive custody of the items on behalf of [Neville] Jeffrey; and 2) effect the transfer of those items to such custodian. Counsel will report his efforts/results to the Court at a later time.

*Id.* at 3. Defendant's counsel then filed a status report on July 22, 2020 indicating that he had identified the location of some of Defendant's belongings but that Defendant's whereabouts were unknown (ECF No. 300 at 1).

WHEREFORE, it is now hereby **ORDERED** that **both** parties must file a status report regarding the parties' Joint Response to Motion for Return of Property (ECF No. 296) by no later than **5:00 p.m. on August 17, 2020.**

*United States of America v. Jeffrey*
1:17-cr-00014-3
Order
Page 2

ENTER:

Dated: August 11, 2020

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
MAGISTRATE JUDGE